# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                       CASE NO. 07-19611-LMI

      JESUS VAZQUEZ                              CHAPTER 7

        Debtor.

_____/

## <u>TRUSTEE'S MOTION TO APPROVE SETTLEMENT</u>

**Any interested party who fails to file and serve a written response to this Motion within 20 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this Motion. Any scheduled hearing may then be canceled.**

      **BARRY E. MUKAMAL** as Chapter 7 Trustee of the Bankruptcy Estate of **JESUS VAZQUEZ**, by and through undersigned counsel, hereby files and serves the instant Trustee's Motion To Approve Settlement and state the following in support thereof:

1.      Debtor (Jesus Vazquez) filed a voluntary petition in bankruptcy under Title 11 of the United States Code on the 5th day of November, 2007.

2.      Plaintiff, Barry E. Mukamal, as Chapter 7 Trustee of the Bankruptcy Estate of Jesus Vazquez, is the duly-appointed and permanent Chapter 7 Trustee of the Bankruptcy Estate of Jesus Vazquez, in Parent Case No. 07-19611-LMI.

3.      Debtor, Jesus Vazquez was born on December 13th, 1963 and his Social Security Number is xxx-xx-3794.

4.      The Trustee, after conducting discovery of the Debtor's financial history and transactions, sued the Debtor in Adversary Case No. 09-1075-LMI for, among other reasons, Debtor's failure to explain the dissipation of over $150,000.00 received just months before filing bankruptcy.

5.      More specifically, Debtor's HSBC Savings Account xxx5501 reflected on January 5th, 2007 the purchase of a U.S. Dollar Draft in the sum of $100,000.00 (Draft No. 383829163).

6.      Additionally, the Trustee alleged that other transfers of funds had been dissipated through the Debtor's HSBC Savings Account xxx5501 and Checking Account xxxx9830 totaling over $150,000.00 just months before filing bankruptcy.

7.      Debtor failed to produce documents evidencing the disposition of these transferred funds.

8.      The Trustee also alleged that the Debtor had not provided any information to the Trustee to assist the Trustee in locating and recovering the Transferred Funds.

9.      Debtor's unsecured debts total over $300,000.00.

10.     After conducting the Debtor's examination in this Adversary Case, the Debtor has decided that he would prefer to dismiss the Parent Case with a prejudice period, and agree to pay $8,000.00 toward the administrative expenses (attorney fees and costs incurred by James B. Miller, Esq.) of the Estate in exchange for dismissal of the Adversary Case (after payment in full) and dismissal of the Parent Case (after payment in full).

11.     Additionally, Debtor has agreed that the time period he has been in bankruptcy will be considered a tolling period with regards to any actions any of his creditors could have brought against him at the time of the filing of the petition.

12.     Debtor shall pay the $8,000.00 ("Settlement Sum") payable at $1,000.00 per month commencing May 1st, 2009 and equal monthly installments of $1,000.00/mo. until paid in full (due on or before the first day of each subsequent month until paid in full) to James B. Miller, Esq., (counsel to the Trustee) 19 West Flagler Street, #416, Miami, FL 33130.[1]

---

[1] The fees and costs incurred by Mr. Miller have exceeded $8,000.00 in this case.

13.        The parties (Trustee and Debtor) have resolved their differences, and have agreed to the terms of this Motion as a settlement between them, subject to this Court's approval, and after notice to all creditors and interested parties.

14.        The Debtor shall pay to the Trustee's counsel the Settlement Sum as set forth above, in exchange for:

    a)    the Adversary Case shall be abated (or dismissed (at the Court's discretion) based upon settlement, with the Court reserving jurisdiction to reinstate to enforce provisions of this Agreement) pending payment in full, and then after payment the Trustee's counsel will submit an agreed order of dismissal of the adversary proceeding (if not already entered; and,

    b)    Upon payment in full, the Trustee will file a Notice of Compliance and the case will be dismissed with prejudice from filing another bankruptcy case under any chapter for the lesser of a period of two (2) years from the date of entry of the order approving this Settlement, or six (6) months following the final payment made hereunder.

15.        Time shall be of the essence and each term and requirement for the Debtor herein is deemed material.

16.        Should Debtor default, and not cure within three (3) days after written notice is served via email or facsimile upon his counsel (Arturo Alfonso, Esq.), then any and all payments made hereunder shall not be setoff against any debt due and owing to the Trustee's attorney by the Debtor, but shall otherwise be forfeited, and the Trustee would then be entitled to vacate (if already entered) the dismissal order in the adversary or re-activate same, and the Court shall then strike the Debtor's response to the Complaint and grant an immediate entry of judgment in favor of the Trustee denying Debtor's discharge and sustaining the objection to claimed

exemptions (if filed) upon submission of an affidavit of non-payment by Trustee or his counsel, after notice and a hearing. Debtor waives any defenses should he default and not timely cure and shall not defend the request of the Trustee to deny Debtor's discharge should Debtor fail to timely cure.

WHEREFORE, the Trustee requests entry of an order approving this Settlement and for such other and further relief this Court deems equitable and just.

I, JAMES B. MILLER, ESQ., HEREBY CERTIFY that true and correct copy of the foregoing was served via United States mail this ___30___ day of September, 2008 upon those named on the attached service list and via ecf in pdf format upon those named on the attached ecf service list on the ___ day of April, 2009.

I, JAMES B. MILLER, ESQ., HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated:      April __21__, 2009.

Trustee's counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
Email: jbm@title11law.com

JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

AGREED TO BY:

_____
JESUS VAZQUEZ

BARRY E. MUKAMAL, TRUSTEE

AGREED AS TO FORM:

_____
ARTURO ALFONSO. ESQ.

JAMES B. MILLER, ESQ.

4

- Becket and Lee LLP    notices@becket-lee.com
- James B Miller    bkcmiami@gmail.com
- Barry E Mukamal    bankruptcy@rachlin.com, FL64@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Danielle N Parsons    ecf@butlerandhosch.com
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Peter D Spindel    peterspindel@aol.com
- John A. Watson    john.watson@marshallwatson.com
- Scott R. Weiss    scott.weiss@marshallwatson.com

**DEBTOR'S COUNSEL**
Arturo R Alfonso
7821 Coral Way #125
Miami, FL 33315

Recovery Management Systems Corporation
25 S.E. 2nd Avenue #1120
Miami, Fl 33131-1605

Label Matrix for local noticing
113C-1
Case 07-19611-LMI
Southern District of Florida
Miami
Thu Jul 17 17:30:30 EDT 2008

American Express Travel Related Services Co,
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bimija Limited Partnership
c/o Peter Spindel, Esq.
POB 166245
Miami, FL 33116-6245

Countrywide Home Loans Inc
3185 S. Conway Rd
SUITE E
Orlando, FL 32812-7315

Office of the US Trustee
51 SW 1st Ave
Suite 1204
Miami, FL 33130-1614

Recovery Management Systems Corporation
25 S.E. 2nd Avenue #1120
Miami, Fl 33131-1605

Washington Mutual Bank
Law Offices of Marshall C. Watson, PA
1800 NW 49th Street, Suite 120
Fort Lauderdale, FL 33309-3092

Akoya Condo Association, Inc.
6365 Collins Ave, 5th Fl
Miami Beach, FL 33141-9620

Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871

Associates/citibank
PO Box 6003
Hagerstown, MD  21747-6003

Best Investment Group, Inc.
11301 SW 24th Ter
Miami, FL  33165-2254

Bimija Limited Partnership
11636 N Kendall Dr
Miami, FL  33176-1005

Bruce G. Hermelee, Esq
101 NE 3rd Ave # 1110
Fort Lauderdale, FL 33301-1169

Cap One Bk
PO Box 85520
Richmond, VA  23285-5520

Capital 1 Bk
11013 W Broad St
Glen Allen, VA  23060-5937

Carico International
2851 W Cypress Creek Rd
Fort Lauderdale, FL 33309-1781

Cbna
1000 Technology Dr # MS5
O Fallon, MO  63368-2239

Chase
800 Brooksedge Blvd
Westerville, OH  43081-2822

Check Cashing Store
803 SW 122nd Ave
Miami, FL  33184-2404

Child Support Enforcement
Department Of Revenue
P.O. Box 8030
Tallahassee, FL  32314-8030

Chrstopher Perez-Gurri, Esq.
Hermelee & Geffin
101 Northeast 3rd Ave Ste 1110
Ft Lauderdale, FL 33301-1169

Citibank
701 E 60 St N
Sioux Falls, SD 57104-0493

Citibank
PO Box 6241
Sioux Falls, SD  57117-6241

City Of Hialeah, Fl
C/O The Mayor
501 Palm Ave
Hialeah, FL 33010-4789

Countrywide Home Lending
450 American St Credit Reporting S
Simi Valley, CA 93065-6285

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Deutsche Bank National Trust Company
As Trusee For Long Beach Mtg Loan
60 Wall St
New York, NY  10005-2836

Deutsche Bank National Trust Company
As Trustee For Long Beach Mtg Loan
60 Wall St
New York, NY  10005-2836

Diann F. Asklar
9450 Martinique Dr
Miami, FL  33189-1749

Equifax
P.O. Box 740241
Atlanta, GA  30374-0241

Er Solutions
800 SW 39th St
Renton, WA  98057-4975

Experian
P.O. Box 2002
Allen, TX  75013-2002

Express
PO Box 330066
Northglenn, CO  80233-8066

First American Investment
PO Box 547
Buffalo, NY  14231-0547

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Florida Department Of Revenue
P.O. Box 6668
Tallahassee, FL  32314-6668

Gemb/jcp
PO Box 984100
El Paso, TX 79998-4100

Gisela Castro
C/O Hermelee & Geffin
101 Northeast 3rd Ave Ste 1110
Ft Lauderdale, FL 33301-1169

Hsbc Bank USA
9501 Harding Ave
Sufside, FL 33154-2501

Hsbc Nv
PO Box 19360
Portland, OR  97280-0360

Innovis
P.O. Box 1358
Columbus, OH  43216-1358

Internal Revenue Service
PO Box 12636
Philadelphia, PA  19129-0036

Liner Management Corp
2345 W 52nd St
Hialeah, FL  33016-7208

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081-2166

Long Beach Mortgage Company
PO Box 201085
Stockton, CA  95201-9085

Marshall C. Watson, P.A.
1800 NW 49th St Ste 120
Fort Lauderdale, FL  33309-3092

Mcydsnb
9111 Duke Blvd
Mason, OH  45040-8999

Mercedes-benz Financia
27777 Inkster Rd
Farmington Hills, MI  48334-5326

Mortgage Electronic Registration Systems
CT Corp. System, RA
1200 S Pine Island Rd
Plantation, FL  33324-4413

Nco Fin/59
PO Box 27141
Philadelphia, PA  19118-0141

Noriela Santana
15149 SW 143 Pl
Miami, FL 33186-5699

Option One Mortgage Co
3 Ada
Irvine, CA  92618-2304

Option One Mtg
11104 Menaul Blvd NE
Albuquerque, NM  87112-2454

Richard S. Gendler & Associates, Pa
2828 Coral Way Ste 304
Coral Gables, FL  33145-3214

Robert Wayne, Esq
1225 SW 87th Ave
Miami, FL  33174-3306

Saxon Mortgage Service
4708 Mercantile Dr
Fort Worth, TX  76137-3605

Sovereign Bank
865 Brook St
Rocky Hill, CT  06067-3444

Sprint
PO Box 80077
London, KY  40742

State Of Florida Dept. Of Revenue
C/O James A Zingale, Executive Director
501 South Calhoun St, Carlton Bldg #
Tallahassee, FL 32399-6548

Suntrust Bank
PO Box 305265
Nashville, TN  37230-5265

Team Health, Inc.
1801 NW 66th Ave Ste 200A
Plantation, FL  33313-4571

Thomas H. Robertson, Esq
111 NW 1st St Ste 2810
Miami, FL  33128-1930

Trans Union
P.O. Box 1000
Chester, PA  19022-2001


Unibank
9795 S Dixie Hwy # H
Miami, FL  33156-2806

Unit Comm
PO Box 1269
Franklin, NC  28744-1269

Unitrin Direct
2790 Business Park Dr
Vista, CA  92081-7860


Visdsnb
9111 Duke Blvd
Mason, OH  45040-8999

(p)WACHOVIA BANK NA
P O BOX 13765
ROANOKE VA 24037-3765

Wash Mutual/providian
PO Box 9180
Pleasanton, CA  94566-9180


Washington Mutual
PO Box 1093
Northridge, CA 91328

Washington Mutual
PO Box 1097
Northridge, CA 91328-1097

Wells Fargo Bank
711 W Broadway Rd
Tempe, AZ  85282-1218


Barry E Mukamal
www.rachlin.com
1 SE 3 Ave Box 158 10th Floor
Miami, FL 33131-1714

Jesus Vazquez
232 Navarre Dr
Miami Springs, FL 33166-5818


          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department Of The Treasury
Internal Revenue Service
Po Box 21126
Philadelphia, PA  19114

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

Wach/rec
PO Box 3117
Winston Salem, NC  27102-3117


          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

(d)American Express Travel Related Services C
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

End of Label Matrix
Mailable recipients        73
Bypassed recipients         2
Total                      75



# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:

JESUS VAZQUEZ

Debtor.

CASE NO. 07-19611-LMI
CHAPTER 7

_____/

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT

**This matter came on before the Court for consideration of the** Trustee's Motion To Approve Settlement (CP#__) ["Motion"], on notice to all creditors and interested parties pursuant to the applicable Rules of Bankruptcy Procedure and the

negative notice provisions of the Local Rules of this Court, and the Court, being familiar with the record and finding good cause shown, does

ORDER that:

1. The Motion is APPROVED in its entirety.

2. Debtor shall pay the sum of $8,000.00 ("Settlement Sum") as satisfaction of the administrative attorney fees and costs incurred by James B. Miller, Esq. in this Estate in exchange for: a) dismissal of the Adversary Case No. 09-1075-LMI (after payment in full of the Settlement Sum); and, dismissal of the Parent Case (after payment in full of the Settlement Sum).

3. The time period Debtor has been in bankruptcy in this Case shall be a tolling period with regards to any actions any of Debtor's creditors could have brought against him at the time of the filing of the petition.

4. Debtor shall pay the $8,000.00 ("Settlement Sum") payable at $1,000.00 per month commencing May 1st, 2009 and equal monthly installments of $1,000.00/mo. until paid in full (due on or before the first day of each subsequent month until paid in full) to James B. Miller, Esq., (counsel to the Trustee) 19 West Flagler Street, #416, Miami, FL 33130.[1]

5. The Debtor shall pay to the Trustee's counsel the Settlement Sum as set forth above, in exchange for:

    a) the Adversary Case shall be abated (or dismissed (at the Court's discretion)) based upon settlement, with the Court reserving jurisdiction to reinstate to enforce provisions of this Agreement pending payment in full, and then after payment the Trustee's counsel will submit an agreed order of dismissal of the adversary proceeding (if not already entered); and,

    b) Upon payment in full, the Trustee's Counsel will file a Notice of Compliance and the Case will be dismissed

PROPOSED

2

with prejudice from filing another bankruptcy case under any chapter for the lesser of a period of two (2) years from the date of entry of the order approving this Settlement, or six (6) months following the final payment made hereunder.

6.    Time shall be of the essence and each term and requirement for the Debtor herein is deemed material.

7.    Should Debtor default, and not cure within three (3) days after written notice is served via email or facsimile upon Debtor's counsel (Arturo Alfonso, Esq.), then any and all payments made hereunder shall not be setoff against any debt due and owing to the Trustee's attorney by the Debtor under this Order and the Settlement, but shall otherwise be forfeited, and the Trustee would then be entitled to vacate (if already entered) the dismissal order in the adversary or re-activate same, and the Court shall then strike the Debtor's response to the Complaint and grant an immediate entry of judgment in favor of the Trustee denying Debtor's discharge and sustaining the objection to claimed exemptions (if filed) upon submission of an affidavit of non-payment by Trustee or his counsel, **after notice and a hearing**. Debtor waives any defenses should he default and not timely cure and shall not defend the request of the Trustee to deny Debtor's discharge should Debtor fail to timely cure.

###

Submitted by: James B. Miller, Esq.

Copies to (via ecf in pdf format):

- Becket and Lee LLP   notices@becket-lee.com
- James B Miller   bkcmiami@gmail.com
- Barry E Mukamal   bankruptcy@rachlin.com, FL64@ecfcbis.com
- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov

---

[1] The fees and costs incurred by Mr. Miller have exceeded $8,000.00 in this case.

- Danielle N Parsons    ecf@butlerandhosch.com

- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov

- Peter D Spindel    peterspindel@aol.com

- John A. Watson    john.watson@marshallwatson.com

- Scott R. Weiss    scott.weiss@marshallwatson.com, Jairo.Garcia@marshallwatson.com

(Attorney Miller shall serve a conformed copy of this Order on all interested parties and creditors who are not identified above and file a certificate of service)



4