

ORDERED in the Southern District of Florida on June 03, 2009.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:

JESUS VAZQUEZ

CASE NO. 07-19611-LMI
CHAPTER 7

Debtor.
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT

**This matter came on before the Court for consideration of the** Trustee's Motion To Approve Settlement (CP#92) ["Motion"], on notice to all creditors and interested parties pursuant to the applicable Rules of Bankruptcy Procedure and the

negative notice provisions of the Local Rules of this Court, and the Court, being familiar with the record and finding good cause shown, does

ORDER that:

1. The Motion is APPROVED in its entirety.

2. Debtor shall pay the sum of $8,000.00 ("Settlement Sum") as satisfaction of the administrative attorney fees and costs incurred by James B. Miller, Esq. in this Estate in exchange for: a) dismissal of the Adversary Case No. 09-1075-LMI (after payment in full of the Settlement Sum); and, dismissal of the Parent Case (after payment in full of the Settlement Sum).

3. The time period Debtor has been in bankruptcy in this Case shall be a tolling period with regards to any actions any of Debtor's creditors could have brought against him at the time of the filing of the petition.

4. Debtor shall pay the $8,000.00 ("Settlement Sum") payable at $1,000.00 per month commencing May 1st, 2009 and equal monthly installments of $1,000.00/mo. until paid in full (due on or before the first day of each subsequent month until paid in full) to James B. Miller, Esq., (counsel to the Trustee) 19 West Flagler Street, #416, Miami, FL 33130.[1]

5. The Debtor shall pay to the Trustee's counsel the Settlement Sum as set forth above, in exchange for:

   a) the Adversary Case shall be abated (or dismissed (at the Court's discretion)) based upon settlement, with the Court reserving jurisdiction to reinstate to enforce provisions of this Agreement pending payment in full, and then after payment the Trustee's counsel will submit an agreed order of dismissal of the adversary proceeding (if not already entered); and,

   b) Upon payment in full, the Trustee's Counsel will file a Notice of Compliance and the Case will be dismissed

2

>with prejudice from filing another bankruptcy case under any chapter for the lesser of a period of two (2) years from the date of entry of the order approving this Settlement, or six (6) months following the final payment made hereunder.

6. Time shall be of the essence and each term and requirement for the Debtor herein is deemed material.

7. Should Debtor default, and not cure within three (3) days after written notice is served via email or facsimile upon Debtor's counsel (Arturo Alfonso, Esq.), then any and all payments made hereunder shall not be setoff against any debt due and owing to the Trustee's attorney by the Debtor under this Order and the Settlement, but shall otherwise be forfeited, and the Trustee would then be entitled to vacate (if already entered) the dismissal order in the adversary or re-activate same, and the Court shall then strike the Debtor's response to the Complaint and grant an immediate entry of judgment in favor of the Trustee denying Debtor's discharge and sustaining the objection to claimed exemptions (if filed) upon submission of an affidavit of non-payment by Trustee or his counsel, **after notice and a hearing**. Debtor waives any defenses should he default and not timely cure and shall not defend the request of the Trustee to deny Debtor's discharge should Debtor fail to timely cure.

###

Submitted by: James B. Miller, Esq.

Copies to (via ecf in pdf format):

- Becket and Lee LLP    notices@becket-lee.com
- James B Miller    bkcmiami@gmail.com
- Barry E Mukamal    bankruptcy@rachlin.com, FL64@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

---

[1] The fees and costs incurred by Mr. Miller have exceeded $8,000.00 in this case.

- Danielle N Parsons    ecf@butlerandhosch.com
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Peter D Spindel    peterspindel@aol.com
- John A. Watson    john.watson@marshallwatson.com
- Scott R. Weiss    scott.weiss@marshallwatson.com, Jairo.Garcia@marshallwatson.com

(Attorney Miller shall serve a conformed copy of this Order on all interested parties and creditors who are not identified above and file a certificate of service)

4